IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-34-FL-1

UNITED STATES OF AMERICA

v.

KEVIN PRENTICE BRASWELL

ORDER

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry No. 214 including its accompanying exhibits be sealed until such time as requested to be unsealed by the Defendant.

SO ORDERED. This  28th  day of March, 2017.

_____
Louise W. Flanagan
United States District Judge